No. 86–1926.  CHICAGO BRIDGE & IRON CO. *v.* DEPARTMENT OF LABOR AND INDUSTRIES OF WASHINGTON ET AL.  Ct. App.

Wash.   Certiorari denied.